No. 80–1465. CROCKER NATIONAL BANK *v.* STATE BOARD OF EQUALIZATION OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE POWELL would grant certiorari.

No. 80–1583. COLORADO *v.* CHAVEZ. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.